FILED'25 JAN 10 12:43USDC-ORM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:25-cr-**00007- MTK |
| **v.** | **INDICTMENT** |
| **SAGE AUSTIN MILLER,** | **18 U.S.C. § 2423(b)** |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Travel with Intent to Engage in Illicit Sexual Conduct)**
**(18 U.S.C. § 2423(b))**

On or about September 27, 2024, in the District of Oregon and elsewhere, defendant **SAGE AUSTIN MILLER**, traveled in interstate commerce, from North Carolina to Oregon, for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person under 18 years of age;

In violation of Title 18, United States Code, Section 2423(b).

**FORFEITURE ALLEGATION**

Pursuant to Title 18, United States Code, Section 2428, upon conviction of Count 1 of this indictment, defendant **SAGE AUSTIN MILLER**, shall forfeit to the United States all

property, real or personal, that was used or was intended to be used to commit or to facilitate the commission of that offense.

Dated: January 10, 2025.

A TRUE BILL.

/s/ Grand Jury Foreperson

Presented by:

NATALIE K. WIGHT
United States Attorney

JUDITH R. HARPER, OSB #903260
Assistant United States Attorney