AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

RCVD 10-JAN 2025

United States of America
v.
SAGE AUSTIN MILLER,

*Defendant*

Case No. 1:25-cr- 00007-MTK

FILED'25 MAY 14 15:01USDC-ORM

## ARREST WARRANT

ORIGINAL

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Sage Austin Miller,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2423(b) - Travel with Intent to Engage in Illicit Sexual Conduct

Date: 1/10/25

*Issuing officer's signature*

City and state: Medford, Oregon

Mark D. Clarke, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 01/10/25, and the person was arrested on *(date)* 05/09/25
at *(city and state)* Medford, OR.

Date: 5/13/25

*Arresting officer's signature*

G. Willard, DUSM for FBI
*Printed name and title*