**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**SAGE AUSTIN MILLER,**

**Defendant.**

**Case No. 1:25-cr-00007-MTK**

**PROTECTIVE ORDER**

This matter came before the Court upon the government's unopposed motion for a protective order authorizing the release of the electronically recorded interview of MV1 at the Children's Advocacy Center to the government and Rosalind Lee, attorney for defendant, and sharing the electronically recorded interview of MV2, currently in possession of the government, with Rosalind Lee, attorney for defendant, subject to the restrictions set forth below.

Based on the information in the government's motion, IT IS ORDERED that the electronically recorded interview of MV1 at the Children's Advocacy Center be released to the government and Rosalind Lee, attorney for defendant, subject to the restrictions below. IT IS FURTHER ORDERED that the electronically recorded interview of MV2, in possession of the government, be shared with Rosalind Lee, attorney for defendant, subject to the following restrictions:

1. The electronically-recorded interviews shall be treated as confidential material by the defense and will not be shown to any person other than Sage Austin Miller, except as may be reasonably necessary for the preparation of Sage Austin Miller's defense;

2. The electronically recorded interviews shall be treated as confidential material by the government and will not be shown to any person other than those reasonably necessary for the prosecution of Sage Austin Miller;

3. No part of the electronically recorded interviews shall be duplicated, electronically transmitted, or uploaded to any computer network beyond authorizations or permissions provided;

4. If the government or the defense requests a copy of the electronically recorded interviews be provided to an expert witness or other person (hereinafter referred to as "expert") to aid in the prosecution or defense of this case, the following additional restrictions apply:

a. The electronically recorded interviews shall be treated as confidential material by said expert, and will not be shown to any other person by said expert, except as may be reasonably necessary for the prosecution of the case or the preparation of the defense,

b. No part of the electronically recorded interviews shall be duplicated, electronically transmitted, or uploaded to any computer network by said expert or any other individual without further written order of the court,

c. The assigned Assistant United States Attorney or defense counsel will provide a copy of this Motion and Order to said expert at the time that the electronically recorded interview is provided to said expert, and will instruct said expert to abide by the terms of this protective order, and

d. Said expert shall take reasonable and appropriate measures to ensure that the protective provisions of this Order are not violated through inadvertence or neglect.

5. Defense counsel and the Assistant United States Attorney assigned to prosecute this case shall take reasonable and appropriate measures to ensure that the protective provisions of this Order are not violated through inadvertence or neglect.

Dated: June 25, 2025.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He / Him)
United States District Judge

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

s/ *Judith R. Harper*
JUDITH R. HARPER
Assistant United States Attorney