**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**MEDFORD DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **1:25-cr-00007-MTK** |
| **v.** | **SUPERSEDING INFORMATION** |
| **SAGE AUSTIN MILLER,** | **18 U.S.C. § 2422(b)** |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**Attempted Coercion and Enticement**
**(18 U.S.C. § 2422(b))**

On or between September 23 and 24, 2024, in the District of Oregon, defendant **SAGE AUSTIN MILLER**, using a facility or means of interstate and foreign commerce, namely a digital device connected to the internet, knowingly attempted to persuade, induce, entice, and coerce a person who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

/ / /

/ / /

**FORFEITURE ALLEGATION**

Upon conviction of the offense listed above, defendant **SAGE AUSTIN MILLER**, shall forfeit to the United States pursuant to 18 U.S.C. § 2428, any and all property used or intended to be used in any manner or part to commit or to promote the commission of said violation.

Dated: November 9, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Judith R. Harper*
JUDITH R. HARPER
Assistant United States Attorney